NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————

**LAMINA PACKAGING INNOVATIONS, LLC,**
*Appellant,*

**v.**

**UNITED STATES INTERNATIONAL TRADE
COMMISSION,**
*Appellee,*

**AND**

**BEATS ELECTRONICS, LLC, CHAMPAGNE LOUIS
ROEDERER, AND MAISONS MARQUES &
DOMAINES, INC.,**
*Intervenors.*

———————————

2014-1013

———————————

Appeal from the United States International Trade
Commission in Investigation No. 337-TA-874.

———————————

**ON MOTION**

———————————

**O R D E R**

Upon consideration of Lamina Packaging Innovations,
LLC's unopposed stipulation to withdraw its appeal,

2                          LAMINA PACKAGING INNOVATIONS v. ITC

IT IS ORDERED THAT:

(1)  The motion is granted.  The appeal is dismissed.

(2)  Each side shall bear its own costs.

FOR THE COURT


/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court


s21


ISSUED AS A MANDATE: March 7, 2014